Nazo Koulloukian, Esq. (SBN 263809)
**KOUL LAW FIRM**
3435 Wilshire Blvd., Suite 1710
Los Angeles CA 90010
Phone: (213) 761-5484
Fax:   (818) 561-3938

Attorney for Defendants,
Defendants ROLLING L. MCNITT, JR.
and AKARAKIAN THEATERS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ROLLING L. MCNITT, JR.;<br>AKARAKIAN THEATERS INC., a<br>California Corporation; and Does 1-10,<br>,<br>        Defendants. | CASE NO.: 2:17-CV-00519-VAP-AS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS<br><br>[C.D. Cal. Local Rule 8.3]<br><br>Complaint Served: February 16, 2017<br>Current Response March 9, 2017<br>New Response:  April 8, 2017 |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff MICHAEL LOPEZ and Defendants ROLLING L. MCNITT, JR. and AKARAKIAN THEATERS INC., through their respective attorneys of record, as follows: The summons and complaint in this matter was served upon defendants on February 16, 2017.

   Accordingly, defendants presently have up to an including March 9, 2017,

---

STIPULATION TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES - 1

within which to answer or otherwise respond to plaintiff's complaint in this action. In accordance with C.D. Cal. Local Rule 8.3., it is stipulated that defendants ROLLING L. MCNITT, JR. and AKARAKIAN THEATERS INC., each, shall have an extension of time within which to answer or otherwise respond to plaintiff's initial Complaint of 29 days, up to and including April 7, 2017.

DATED:  March 8, 2017          **CENTER FOR DISABILITY ACCESS**

By:      /s/ Phyl Grace
      Russell Handy
      Phyl Grace
      Attorneys for Plaintiff, MICHAEL LOPEZ

DATED:  March 8, 2017          **KOUL LAW FIRM**

By:_____/s/ Nazo Koulloukian_
Nazo Koulloukian
Attorney for Defendants,
ROLLING L. MCNITT, JR. and
AKARAKIAN THEATERS INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: March 8, 2017                    By: /s/  Nazo Koulloukian
                                        Nazo Koulloukian
                                        Attorneys for Defendants
                                        ROLLING L. MCNITT, JR. and
                                        AKARAKIAN THEATERS INC.